**Order entered October 27, 2020**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00109-CR

### RAYMOND OSCAR ROBLEDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## On Appeal from the 363rd Judicial District Court
## Dallas County, Texas
## Trial Court Cause No. F15-00555-W

## ORDER

The clerk's record reflects that a jury convicted appellant of capital murder on January 28, 2016. The Texas Court of Criminal Appeals granted an out of time appeal on January 29, 2020. On October 2, 2020, we granted appellant's September 25, 2020 second motion to supplement the record and ordered Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record with the jury charge from guilt/innocence. The district clerk has notified the Court that her

office cannot file the record because "the requested documents (jury charges or proposed jury charges) have not been filed with" her office.

Because the rules of appellate procedure specifically provide that the clerk's record "must include" the court's charge, TEX. R. APP. P. 34.5(a)(5), we **ORDER** the trial court to hold a hearing to determine the status of the trial court's jury charge on guilt/innocence. Specifically, the trial court shall determine:

- Whether the trial court's charge to the jury on guilt/innocence has been lost or destroyed;

- If the charge to the jury on guilt/innocence has been lost or destroyed, whether the parties can agree on a copy that accurately duplicates with reasonable certainty the original jury charge.

If the parties cannot agree on a copy, the trial court must then determine what constitutes an accurate copy of the charge to the jury on guilt/innocence and order that it be included in a supplemental clerk's record to this Court. TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a record containing its written findings of fact, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Dallas County District Clerk Felicia Pitre; Official Court Reporter Darline King LaBar, 363rd Judicial District Court; and counsel for the parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/    LANA MYERS
          JUSTICE